IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAOMI C. SATTERWHITE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1024 |
| MONTGOMERY COUNTY ET AL. | : | |

## ORDER

**AND NOW**, this  14th  day of   September  , 2011, upon consideration of Defendant Montgomery County's Motion for Summary Judgment (ECF. No. 31), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

    **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**